IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Case No. 24-90398 (CML) |
| SouthRock Capital Ltda., *et al.*[1] | § § § § | Chapter 15 |
| Debtors in Foreign Proceeding. | § § | (Jointly Administered) |

**NOTICE OF FILING OF PROPOSED ORDER GRANTING THE JOINT VERIFIED PETITION FOR RECOGNITION OF FOREIGN MAIN PROCEEDINGS AND MOTION FOR ORDER GRANTING RELATED RELIEF PURSUANT TO BANKRUPTCY CODE SECTIONS 1515, 1517, 1520, AND 1521**

Fabio David Rohr ("Rohr"), in his capacity as Foreign Representative (the "Foreign Representative" or the "Petitioner") of the above-captioned Debtors, which are subject of a Brazilian insolvency proceeding pending before the 1st Bankruptcy Court of the Central Forum of São Paulo, Brazil under case number 1153819-28.2023.8.26.0100, hereby files this Notice of Filing of Proposed Order Granting the Joint Verified Petition for Recognition of Foreign Main Proceedings and Motion for Order Granting Related Relief Pursuant to Bankruptcy Code Sections 1515, 1517, 1520, and 1521 (ECF No. 9) (the "Verified Petition"). The Foreign Representative seeks entry of the attached proposed order at the hearing on the Verified Petition on July 15, 2024 at 1:00 p.m. (prevailing Central Time).

---

[1] The debtors in these chapter 15 cases, along with the last four digits of each debtor's Brazilian tax identification number, are as follows: (a) SouthRock Capital Ltda. (01-35); (b) Americana Franquia S.A. (01-51); (c) Brazil Airport Restaurantes S.A. (01-73); (d) HB Participações S.A. (01-57); (e) SRC 5 Participações Ltda. (01-02); (f) SRC 6 Participações Ltda. (01-41); (g) SRC Holding Participações S.A.(01-74); (h) SR N Participações S.A. (01-01); (i) Star Participações S.A. (01-09); (j) Starbucks Brasil Comércio de Cafés Ltda. (01-00); (k) SW do Brasil Ltda. (01-20); (l) SW Stores do Brasil Ltda. (01-36); and (m) Wahalla Ltda. (01-10). The Debtors' mailing and service address is Avenida Paulista, 1294, 14º andar, sala 14, Bela Vista, São Paulo/SP, CEP 01310-915, Brazil.

Respectfully submitted this 15th day of July 2024.

        **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

        */s/ Joanna D. Caytas*
        Patricia B. Tomasco
        SBN 01797600
        Joanna D. Caytas
        SBN 24127230
        Razmig Izakelian *(pro hac vice)*
        Alain Jaquet *(pro hac vice)*
        700 Louisiana Street, Suite 3900
        Houston, Texas 77002
        Telephone:  713-221-7000
        Facsimile:  713-221-7100
        Email: pattytomasco@quinnemanuel.com
        Email: joannacaytas@quinnemanuel.com
        Email: razmigizakelian@quinnemanuel.com
        Email: alainjaquet@quinnemanuel.com

        **COUNSEL FOR FABIO D. ROHR, FOREIGN REPRESENTATIVE**