IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § | Case No. 24-90398 (CML) |
| SouthRock Capital Ltda., *et al.*[1] | § § § | Chapter 15 |
| Debtors in Foreign Proceeding. | § § § | (Jointly Administered) |

**FOREIGN REPRESENTATIVE'S PARTIAL WITHDRAWAL
OF REQUEST FOR RELIEF SOUGHT IN JOINT VERIFIED PETITION FOR
RECOGNITION OF FOREIGN MAIN PROCEEDINGS
AND MOTION FOR ORDER GRANTING RELATED RELIEF
PURSUANT TO BANKRUPTCY CODE SECTIONS 1515, 1517, 1520 AND 1521**

Fabio David Rohr ("Rohr"), in his capacity as Foreign Representative (the "Foreign Representative" or the "Petitioner") of SouthRock Capital Ltda. ("SouthRock"), Americana Franquia S.A. ("Americana"), Brazil Airport Restaurantes S.A. ("Brazil Airport"), HB Participações S.A. ("HBP"), SRC 5 Participações Ltda. ("SRC 5"), SRC 6 Participações Ltda. ("SRC 6"), SRC Holding Participações S.A. ("SRC Holding"), SR N Participações S.A. ("SRN"), Star Participações S.A. ("Star"), Starbucks Brasil Comércio de Cafés Ltda. ("Starbucks Brazil"), SW do Brasil Ltda. ("SWB"), SW Stores do Brasil Ltda. ("SWS"), and Wahalla Ltda. ("Wahalla") (collectively, the "Debtors"), withdraws without prejudice his request for relief with respect to Kenneth Pope ("Pope") as sought in *Joint Verified Petition for Recognition of Foreign Main Proceedings and Motion for Order Granting Related Relief Pursuant to Bankruptcy Code Sections*

---

[1] The debtors in these chapter 15 cases, along with the last four digits of each debtor's Brazilian tax identification number, are as follows: (a) SouthRock Capital Ltda. (01-35); (b) Americana Franquia S.A. (01-51); (c) Brazil Airport Restaurantes S.A. (01-73); (d) HB Participações S.A. (01-57); (e) SRC 5 Participações Ltda. (01-02); (f) SRC 6 Participações Ltda. (01-41); (g) SRC Holding Participações S.A.(01-74); (h) SR N Participações S.A. (01-01); (i) Star Participações S.A. (01-09); (j) Starbucks Brasil Comércio de Cafés Ltda. (01-00); (k) SW do Brasil Ltda. (01-20); (l) SW Stores do Brasil Ltda. (01-36); and (m) Wahalla Ltda. (01-10). The Debtors' mailing and service address is Avenida Paulista, 1294, 14º andar, sala 14, Bela Vista, Sao Paulo/SP, CEP 01310-915, Brazil.

-1-

*1515, 1517, 1520 and 1521* (ECF No. 9), only as applicable to (a) Ibiuna Crédito Gestão de Recursos Ltda., Travessia Securitizadora de Créditos Financeiros S.A. and Travessia Securitizadora de Créditos Financeiros XXXII S.A. (collectively, the "Ibiuna Creditors"); (b) Banco Votorantim S.A.; and (c) Banco Modal S.A.

For the avoidance of doubt, the Foreign Representative does not withdraw its request for relief with respect to Pope as applicable to Ativos Especiais II - Fundo de Investimento em Direitos Creditórios – NP and Ativos Especiais III - Fundo de Investimento em Direitos Creditórios (the "Ativos Funds").

Respectfully submitted this 31st day of July, 2024.

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

*/s/ Patricia B. Tomasco*
Patricia B. Tomasco
SBN 01797600
Joanna D. Caytas
SBN 24127230
Razmig Izakelian *(pro hac vice)*
Alain Jaquet *(pro hac vice)*
700 Louisiana Street, Suite 3900
Houston, Texas 77002
Telephone:  713-221-7000
Facsimile:  713-221-7100
Email: pattytomasco@quinnemanuel.com
Email: joannacaytas@quinnemanuel.com
Email: razmigizakelian@quinnemanuel.com
Email: alainjaquet@quinnemanuel.com

**COUNSEL FOR FABIO D. ROHR, FOREIGN REPRESENTATIVE**

-3-

**CERTIFICATE OF SERVICE**

  I, Patricia B. Tomasco, hereby certify that on the 31st day of July, 2024, a copy of the attached Partial Withdrawal was served via the Clerk of the Court through the CM/ECF system to all parties who have appeared in this case through counsel or who have submitted a request for service by CM/ECF.

            */s/ Patricia B. Tomasco*
            Patricia B. Tomasco