Electronic Appearance Sheet

Raul Torrao, Vialex Law P.A.
Client(s): Banco Votorantim S.A.

Michael Held, Jackson Walker LLP
Client(s): Ibiuna Crédito Gestão de Recursos Ltda., Travessia Securitizadora de Créditos Financeiros S.A. and Travessia Securitizadora de Créditos Financeiros XXXII S.A.

Francisco Vazquez, Norton Rose Fulbright US LLP
Client(s): Banco Modal

Michael Held, Jackson Walker LLP
Client(s): Ibiuna Crédito Gestão de Recursos Ltda., Travessia Securitizadora de Créditos Financeiros S.A. and Travessia Securitizadora de Créditos Financeiros XXXII S.A.

Matthew Cavenaugh, Jackson Walker LLP
Client(s): Ibiuna Crédito Gestão de Recursos Ltda., Travessia Securitizadora de Créditos Financeiros S.A. and Travessia Securitizadora de Créditos Financeiros XXXII S.A.

Raul Torrao, Vialex Law P.A.
Client(s): Banco Votorantim S.A.