United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 01, 2024
Nathan Ochsner, Clerk

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 24-90398 |
| SOUTHROCK CAPITAL LTDA., § | |
| Debtors. § | Jointly Administered |
| § | CHAPTER 15 |

## ORDER GRANTING MOTION

For the reasons stated on the record at the hearing on August 1, 2024, the Motion to Quash (ECF No. 80) is granted.

Signed: August 01, 2024

_____
Christopher Lopez
United States Bankruptcy Judge